FILED - USDC - NDTX - SA JUL 10 26 AM8:38 ke

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

San Angelo Division

Calvin L. Ashlock

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Coke, Midland, Tom Green, Howard Brown County, Wise, Tarrant, Parker

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Countys, Dawson, Ector, lubbock, Amarillo
T.D.C.J. Bigspring P.D. Valley Darling Ing/DarPro Solutions
Goodyear, onstar/Norstar/starlink/Dishnetwork/Verizon/Tmobil/Frontier Com/TxDrone/Loustar/ARIES Drone/US customs/U.S. marshals/D.O.D.

Case No. 6:26-cv-244

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Calvin L Ashlock, Jesse F. Ashlock |
| Street Address | 141 Holland Drive, Coke, Robert Lee |
| City and County | ~~Robert Lee, Tx~~ Coke County |
| State and Zip Code | Tx, 76945 |
| Telephone Number | 432-934-4848, 806-549-0758 |
| E-mail Address | ariesengineering4449@gmail, |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Coke County, Sheriff, Billy Williams |
| Job or Title *(if known)* | Sheriff & Deputy's |
| Street Address | |
| City and County | Robert Lee Tx, Coke |
| State and Zip Code | Texas, 76945 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Misty Hayes |
| Job or Title *(if known)* | Coke County Appraisal District / Dispatch |
| Street Address | N/A |
| City and County | Robert Lee, Coke |
| State and Zip Code | Texas, 76945 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Christopher Mangeau Jankowski & Son Liam & Family |
| Job or Title *(if known)* | Unknown |
| Street Address | N/A |
| City and County | Robert Lee, Coke |
| State and Zip Code | Tx, 76945 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | Waylon Hinderlighter & Family |
| Job or Title *(if known)* | Auto & Diesel Tech |
| Street Address | "Sterling City" |
| City and County | Sterling County |
| State and Zip Code | Tx, 76945 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Profiling, Discrimination & Harassment, Frivolous & Milicous Acts Defamation of Charecter Hacking with Pegasus/Trojanhorse cyberweapon.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Calvin Ashlock / Jesse Ashlock, is a citizen of the State of *(name)* Texas.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Jesse F. Ashlock, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$12,000,000.00 per County involved in their Asset's, Money's, Back Tax properties From Coke Co. Tax's & Tax Title & licence. "Holland Properties, & Air port."

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Have Ben Hacked, By law Enforcment & Citizen's of Coke, Tom Green, midland Cnt Howard, Brown, Ector Countys. That caused a small Stroke, Possible Cancer and Damage to my family's charector and Death of 3 family members with proof.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

These People are still Hacking & Broadcasting in Ultra, Low, VHF frequencies, and lied about my family & me around town, aswell as act like they Have an Investigation and No proof of Reason or federal wire or oral Tap warrant. And are Broadcasting From Cell Phone tower's from Verizon & Franteir Communications →

in ultra High frequencies & from Drones & from my hacked Phone and it's all on my Google meet, I have about 15 different one's

as well as have several Phone's from AT&T a Samsung that was Stolen off my wife Tosha J Ashlock after she was jumped. 2 Alcatel's, of my own 2 I Phone 4S, 2 Motorola's of mine. a Computer of Tommy D. williams, sherry Busbee's, a Judge Carol Allen a federal Judge Hendricks, Cummings, Cummins, & Counts federal CourtHouse's through live P.D. & Security Camera's acting as American Security & They are fronting several Companie's, and these people are acting like they are doing scientific study's that have to do with Covid-19 and are killing people with Cancer Causing me Lymph Node Cancer with proof & Small stroke with paperwork to proof radial Nerve Damage.

Mansen, Jankowsl's, Hinderlighter's, smith, siedei's, Well's, Brown's, dodi's schmitt's, Hedge's, Cook's, Swift's, Barlow's, Hosa, Clark's, Farmer's, Burrow's Skipworth's, william's, Bessent's, Bohanon's, Eulson's, Kedes, Canto's wallace, Calderon's, Wooten's, Riva's, wallcott's, and a slew full of AKA's on Meta, Google meet, Yahoo, ICloud, outlook email Hack's with pegasus & Trojanhorse hack's "Cyber Weapons" That work as a directed energy weapon From & FBB 2 way radio app and the Channel puncheedin to C.B.'s & first responder radio's like the Kenwood's & Ect. here and the D.o.d firehouse training Center at Goodfellow A.F.B. as well as the Firehouse on the Reservation's in Oklahoma at a show Called stranger things which they stole a telliscoping wifi trailer that they Broadcast with that is in and out of our area. My family & I want Charges for every Imei, IP & serial # of every electronic device's MAC, with more People than I Can Name, Story's & Collier's, Moore's Family's From these County's to. who stole my truck. And No help Because they act like they are Ci.'s for law enforcement and They are Not. Agent Cobb is my contact & one other in lakeworth

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 9th 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Calvin Ashlock

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address